- 1 -

**JOEL D. LEIDNER**
Attorney at Law
LEIDNER & LEIDNER, A.P.C., CASB# 52559
4622 Hollywood Blvd.
Los Angeles, CA 90027
323-664-5670
323-662-0840 fax

**ALLAN P. COHAN**
Attorney at Law CASB# 107947
5064 N. Angus, Ste. 114
Fresno, CA 93710
559-222-8336
559-222-2447 fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA HUGHES, | ) Case No.: No. 1:04-cv-06622-SMS |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME |
| vs. | ) |
| JoAnne Barnhart, Commissioner of Social Security, | ) |
| Defendant | ) |

**The parties, through their respective counsel, stipulate that Plaintiff's time to file an opening brief be extended from June 29, 2005 to July 29, 2005.**

**This is the plaintiff's first request for an extension of time To file an opening brief.  Plaintiff needs the additional time To further review the file and prepare the brief in this matter.**

DECLARATION IN RESPONSE TO OSC            - 1

//

Respectfully submitted,

**Joel Leidner**

**/s/ Joel Leidner**
**/s/ Allan P. Cohan**
**Attorney for Plaintiff**               Dated: June 29, 2005


**McGregor W. Scott**                    Dated: June 29, 2005
**United States Attorney**
**/s/ KRISTI C. KAPETAN**

**Assistant U.S. Attorney**


**IT IS SO ORDERED:**



**DATED:   7/6/2005**



 **/s/ Sandra M. Snyder**
**THE HONORABLE SANDRA M. SNYDER**
**UNITED STATES MAGISTRATE JUDGE**